**Form 224**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Tedi J Perez**
Debtor(s)

Bankruptcy Case No.: 24−22225−CMB

Chapter: 13
Docket No.: 14 − 1

## **CERTIFICATION**

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **September 6, 2024** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **September 30, 2024** and failure to meet that deadline would result in the dismissal of the case.

As of **October 3, 2024,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

## **ORDER**

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: October 3, 2024

Carlota M Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 24-22225-CMB

Tedi J Perez     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: 224 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tedi J Perez, 307 Pinevue Dr, Monroeville, PA 15146-1309 |
| 16432355 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 16432360 | + | Keystone Collections, 546 Wendel Rd., Irwin, PA 15642-7539 |
| 16432370 | | Springleaf Financial S, Evansville Acct Resolution, Evansville, IN 47715 |
| 16432371 | | Thinkcashfbd, Brandywine Commons Ii, Wilmington, DE 19803 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Oct 03 2024 23:40:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 03 2024 23:40:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16432347 | + | EDI: ATTWIREBK.COM | Oct 04 2024 03:34:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 16432345 | + | Email/Text: bankruptcynotices@aarons.com | Oct 03 2024 23:40:00 | Aaron Sales & Lease Ow, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |
| 16432346 | + | Email/Text: EBNProcessing@afni.com | Oct 03 2024 23:40:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 16432348 | + | EDI: BANKAMER | Oct 04 2024 03:34:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 16433134 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 03 2024 23:40:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 16432353 | | Email/Text: BKY@conserve-arm.com | Oct 03 2024 23:40:00 | Conserve, 200 Cross Keys Office Pa, Fairport, NY 14450 |
| 16432349 | + | EDI: CAPITALONE.COM | Oct 04 2024 03:34:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 16432350 | + | EDI: CAPITALONE.COM | Oct 04 2024 03:34:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 16432351 | + | Email/Text: bankruptcy@cavps.com | Oct 03 2024 23:40:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 16432352 | + | EDI: COMCASTCBLCENT | Oct 04 2024 03:34:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 16432354 | + | EDI: DIRECTV.COM | Oct 04 2024 03:34:00 | Directv, PO Box 11732, Newark, NJ 07101-4732 |
| 16432356 | + | EDI: PHINAMERI.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 04 2024 03:34:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 16432357 | + | EDI: HFC.COM | Oct 04 2024 03:34:00 | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 16432358 | + | Email/Text: bankruptcy@huntington.com | Oct 03 2024 23:40:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 16432359 | + | EDI: LCIICSYSTEM | Oct 04 2024 03:34:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 16432361 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 03 2024 23:40:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 16432362 | ^ | MEBN | Oct 04 2024 00:10:54 | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 16432363 | + | Email/Text: bankruptcynotices@psecu.com | Oct 03 2024 23:40:00 | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 16432364 | + | Email/PDF: ebnotices@pnmac.com | Oct 04 2024 00:40:46 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 16432365 | + | Email/Text: tvincequerra@chromefcu.org | Oct 03 2024 23:40:00 | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 16432366 | + | EDI: PRA.COM | Oct 04 2024 03:34:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 16432367 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 04 2024 00:40:29 | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 16432368 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 03 2024 23:40:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 16432369 | + | Email/Text: bankruptcy@sw-credit.com | Oct 03 2024 23:40:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 16440445 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 04 2024 00:17:42 | U.S. Department of Housing and Urban Development, 801 Market Street, The Strawbridge Building, 12TH Floor, Philidelphia, PA 19107 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2024        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence Willis | on behalf of Debtor Tedi J Perez ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6